**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALFRED HINES, JR.,

        Plaintiff,

vs.                                                 Case No. 3:14-cv-899-J-34JBT

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 19; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on February 23, 2015. In the Report, Judge Toomey recommends the Commissioner's denial of Plaintiff Alfred Hines, Jr.'s application for a Period of Disability and Disability Insurance Benefits be affirmed. See Report at 5. On March 9, 2015, Plaintiff filed objections (Doc. No. 21; Objections) to the Magistrate Judge's Report. See Objections to Magistrate Judge's Report and Recommendation and Request for Oral Argument. Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, ("Commissioner"), filed a response (Doc. No. 22; Response) to the Objections on March 20, 2015. See Commissioner's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. Thus, the matter is ripe for review.[1]

---

[1] In the Objections, Plaintiff requests oral argument. Upon review of the record, however, the Court determines that oral argument will not assist the Court in this instance.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in Judge Toomey's Report, the Court will overrule the Objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[2]

Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. No. 19) is **ADOPTED** as the opinion of this Court.

2. The request for oral argument set forth in Plaintiff's Objections to Magistrate Judge's Report and Recommendation and Request for Oral Argument (Doc. No. 21) is **DENIED**.

---

[2] In doing so the Court notes that while the Plaintiff contends that the Magistrate Judge reached the wrong result and urges this court to review de novo the various issues addressed, Plaintiff points to no specific factual finding or legal application he contends to be in error. See Objections at 1. The Court notes that the failure to make specific objections generally results in waiver of those objections. See N.L.R.B. v. McClain of Ga., Inc., 138 F.3d 1418, 1422 (11th Cir. 1998) ("Issues raised in a perfunctory manner, without supporting arguments and citation to authorities, are generally deemed to be waived.") (citing Cont'l Tech. Servs., Inc. v. Rockwell Int'l Corp., 927 F.2d 1198, 1199 (11th Cir. 1991) (per curiam)). In an abundance of caution, before determining whether to accept the recommendation of the Magistrate Judge, the Court has engaged in an independent review of the record and the Administrative Law Judge's order.

3.     Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Doc. No. 21) are **OVERRULED**.

4.     The Clerk is directed to enter judgment **AFFIRMING** the Commissioner's decision and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of July, 2015.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

i31

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record